PROB 12B
(Rev. 5/21)

# UNITED STATES DISTRICT COURT

FOR THE

Eastern District of Kentucky

Eastern District of Kentucky

**F I L E D**

Feb - 07 2025

Robert R. Carr
Clerk, U.S. District Court

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Person Under Supervision:    Raheem Sulaiman Abdul-Qawi    Case Number:    5:17-CR-058-GFVT-01
    aka Keith E. Davis

Name of Sentencing Judicial Officer:    Honorable Gregory F. Van Tatenhove, U.S. District Judge
    (Originally:  Joseph M. Hood)

Date of Original Sentence:    1/8/2018

Original Offense:    Distribution of Carfentanil; Felon in Possession of a Firearm

Original Sentence:    57 months imprisonment; 6 years supervised release
    TSR Revoked 1/10/2024:  18 months imprisonment; TSR to expire 8/26/2027

Type of Supervision:    Supervised Release    Date Supervision to Commence:    2/11/2025

### PETITIONING THE COURT

☐    To extend the term of supervision for _____ Years, for a total term of _____ Years.
☒    To modify the conditions of supervision as follows:

You must reside at a Residential Reentry Center, Dismas Charities in Lexington, Kentucky, for a period of up to six (6) months. You must follow the rules and regulations of the facility and not exit the program without permission in advance from the United States Probation Office.

### CAUSE

Abdul-Qawi has not been able to secure viable employment while at the RRC.   He has several employment leads and believes he will be able to secure employment in the near future.  Additionally, his mother resides in government housing, and he is unable to live with her.  At this time, she is his only option for housing.  Remaining at the RRC for up to six months will allow him time to save money for housing.

Respectfully submitted,

*Kristen O'Brien*

Kristen B. O'Brien
Senior U.S. Probation Officer
January 29, 2025

**January 29, 2025**
**Page 2**

**Raheem Sulaiman Abdul-Qawi aka Keith E. Davis**
**Docket No.:  5:17-CR-058-GFVT-01**
**PROB 12B**

---

THE COURT ORDERS:

☐    No action.

☐    The extension of supervision as noted above.

☒    The modification of conditions as noted above.

☐    Other

Gregory F. Van Tatenhove
United States District Judge
_____
Signature of Judicial Officer

2/7/2025
_____
Date

PROB 49
(5/2015)

# United States District Court

Eastern District of Kentucky

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You must reside at a Residential Reentry Center, Dismas Charities in Lexington, Kentucky, for a period of up to six (6) months. You must follow the rules and regulations of the facility and not exit the program without permission in advance from the United States Probation Office.

Witness _____Kristen O Brien_____
(U.S. Probation Officer)

Signed _____
(Probationer or Supervised Releasee)

_____1 - 28 - 25_____
(Date)